THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERNEST LANGLEY and ELIJAH SCARBORO,**<br><br>                              **Plaintiffs,**<br>v.<br><br>**CITY OF NEW YORK, and NYPD Officers JOHN DOES 1 through 4, individually and in their official capacities,**<br>                              **Defendants.** | **CIV. NO.:25-CV-5988 (MKB)(MMH)**<br><br>**NOTICE OF MOTION** |

**COME NOW** the Plaintiffs, ERNEST LANGLEY and ELIJAH SCARBORO, by and through counsel, and respectfully request that this Court allow Plaintiffs to amend their Complaint to add three (3) named Defendant NYPD Officers, namely NYPD Officers HENRY ALVARADO, DAHEEM MORRIS and JUSTIN ANORMALIZA whose names and identities were recently disclosed by defense counsel on February 6, 2026 per Defendants' Initial Disclosures. In support of this motion, Plaintiffs adopt and incorporate the arguments and authorities set forth in *Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Amend Complaint* ("*Plaintiffs' Memorandum*"), filed contemporaneously herewith. As set forth in further detail in *Plaintiffs' Memorandum*, Plaintiffs respectfully request that this Court grant them leave to file their *Amended Complaint* in the form attached hereto as "Exhibit 1."

Dated: February 11, 2026

                                                                Respectfully submitted,
                                                                /s/ Michael J. Redenburg            

                                                                Michael J. Redenburg NY#MR4662
                                                                MICHAEL J. REDENBURG, ESQ. PC

32 Broadway, Suite 412
New York, NY 10004
Tel: (212) 240-9465
Fax: (917) 591-1667
mredenburg@mjrlaw-ny.com
ATTORNEY FOR PLAINTIFFS