**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of February, 2026 a true and correct copy of *Plaintiffs' Notice of Motion* and *Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Amend Complaint w Exhibit 1* were filed and served via CM/ECF upon:

*Anumeha Tanya*
*Senior Counsel*
New York City Law Department

Special Federal Litigation Division
100 Church Street
New York, NY 10007
**ATTORNEY FOR DEFENDANTS**

                                               /s/ Michael J. Redenburg